| | |
|---|---|
| Steven Jones (ASB #031438)<br>MORGAN & MORGAN ARIZONA LLC<br>2355 East Camelback Road, Suite 335<br>Phoenix, AZ 85016<br>Email: steven.jones@forthepeople.com<br>Telephone: (602) 627-2322<br>Fax: (602) 627-2213<br><br>C. Ryan Morgan (Admitted pro hac vice)<br>MORGAN & MORGAN, P.A.<br>20 N. Orange Ave., Suite 1600<br>Orlando, FL 32801<br>Tel: 407-418-2069<br>E-mail: RMorgan@forthepeople.com<br><br>Gregg I. Shavitz (Admitted pro hac vice)<br>Marilyn Linares (Admitted pro hac vice)<br>SHAVITZ LAW GROUP, P.A.<br>622 Banyan Trail, Suite 200<br>Boca Raton, Florida 33431<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831<br>Email: gshavitz@shavitzlaw.com<br>mlinares@shavitzlaw.com | C. Christine Burns #017108<br>Alexandra E. DeArman-Miller #036394<br>**BURNSBARTON PLC**<br>2201 E. Camelback Rd #360<br>Phoenix, AZ 85016<br>Main: 602.753.4500<br>christine@burnsbarton.com<br>alex@burnsbarton.com<br>*Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobbi Stolarski, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc., d/b/a Fry's Food and Drug,<br><br>Defendants. | No. CV-25-00241-PHX-DGC<br><br>**STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND RESPOND**<br><br>**(Second Request)** |

Pursuant to LR Civ. 12.1, on March 5, 2025, counsel for Defendant Smith's Food & Drug Centers, Inc., d/b/a Fry's Food Stores ("Fry's") and Plaintiff Bobbi Stolarski met and conferred regarding Fry's intention to file a motion to dismiss the complaint pursuant to Rule 12(b)(6). Counsel for Plaintiff agreed to consider Defendant's position, and on

Friday, March 7, 2025, Plaintiff's counsel agreed to file an amended complaint to address the deficiencies identified by Fry's.

The parties stipulate and respectfully request that the Court allow Plaintiff to file her Amended Complaint on or before **Friday, March 14, 2025**. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant will file an answer within 14 days after service of the Amended Complaint – by **March 28, 2025**.

This extension is not sought for purposes of delay, and no other deadlines will be impacted by this extension, as the Court has not yet issued a scheduling order.

A proposed form of order consistent with the relief requested is attached.

RESPECTFULLY SUBMITTED this 11th day of March, 2025.

**BURNSBARTON PLC**

By  */s/ C. Christine Burns*
C. Christine Burns
Alexandra E. DeArman-Miller
*Attorneys for Defendant*

MORGAN & MORGAN ARIZONA LLC

By  */s/ C. Ryan Morgan (w/permission)*
C. Ryan Morgan
*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steven Jones ASB (031438)
Morgan & Morgan Arizona LLC
2355 East Camelback Road, Suite 335
Phoenix, Arizona 85016
steven.jones@forthepeople.com

C. Ryan Morgan (Admitted pro hac vice)
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
rmorgan@forthepeople.com

Gregg I. Shavitz (Admitted pro hac vice)
Marilyn Linares (Admitted pro hac vice)
622 Banyan Trail, Suite 200
Boca Raton, Florida 33431
gshavitz@shavitzlaw.com
mlinares@shavitzlaw.com

*/s/ Carolyn Galbreath*